UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID ALLEN BUMGARDNER

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 11-694-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated April 11, 2013 (doc. no. 15). The plaintiff filed an objection which largely restates his prior arguments, and to the extent that the objections have been raised, the court has conducted a *de novo* review and finds that the decision of the Administrative Law Judge is supported by substantial evidence.

Therefore, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security Michael J. Astrue denying plaintiff David Allen's applications for supplemental security income ("SSI") and disability insurance benefits filed by Bumgardner is AFFIRMED, and this action is DISMISSED.

Baton Rouge, Louisiana, this 15th day of May, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA